**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF VIRGINIA**
<u>   Richmond   </u> Division

In re:

    Demetrice Antonio Jones
    Cheryl Dionne Jones                            Case No. 15-35268-KLP

                Debtors              Chapter 13

21500 Court St.
S. Chesterfield, VA 23803                AP No.  15-03459

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any):   <u>8179, 2467</u>

*v.*

Old Towne Motors, Inc.

                Defendants

WITHDRAWAL OF PLEADING

     NOW COMES the Debtor(s), by counsel, and hereby withdraws their pleading entitled Motion for Preliminary Injunction and Turnover Pending Complaint filed on <u>11/5/2015</u> as document number <u>7</u> on the following grounds:

    1.   The Defendant satisfied the complaint.

                              Respectfully submitted,
                              Demetrice Antonio Jones
                              Cheryl Dionne Jones

                            BY: <u>/s/ Brian K. Stevens</u>
                                    Counsel

Brian K. Stevens, VSB#25974
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428

Certificate of Service

    I certify that on the November 9, 2015, I mailed a true copy of the foregoing Withdrawal by either first class mail, postage prepaid, electronically or by fax William David Mueller, Registered Agent, Old Towne Motors, Inc., 544 East Washington Street, Petersburg, VA 23803.

    /s/ Brian K. Stevens
    Brian K. Stevens, Esquire