# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond    Division

In re:

       Demetrice Antonio Jones
       Cheryl Dionne Jones            Case No. 15-35268-KLP

               Debtors        Chapter 13

21500 Court St.
S. Chesterfield, VA 23803        AP No.  15-03459

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any):   8179, 2467

*v.*

Old Towne Motors, Inc.

              Defendants

## WITHDRAWAL OF PLEADING

     NOW COMES the Debtor(s), by counsel, and hereby withdraws their pleading entitled Motion for Expedited Hearing on Debtor's Motion to Recover Property of the Bankruptcy Estate filed on 11/3/2015 as document number 2 on the following grounds:

    1.   The Defendant satisfied the complaint.

               Respectfully submitted,
               Demetrice Antonio Jones
               Cheryl Dionne Jones

               BY:  /s/ Brian K. Stevens
                    Counsel

Brian K. Stevens, VSB#25974
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428

Certificate of Service

I certify that on the November 9, 2015, I mailed a true copy of the foregoing Withdrawal by either first class mail, postage prepaid, electronically or by fax William David Mueller, Registered Agent, Old Towne Motors, Inc., 544 East Washington Street, Petersburg, VA 23803.

/s/ Brian K. Stevens
Brian K. Stevens, Esquire