# UNITED STATES BANKRUPTCY COURT
## EASTERN DISTRICT OF VIRGINIA
### Richmond Division

In re:

    Demetrice Antonio Jones
    Cheryl Dionne Jones                          Case No. 15-35268-KLP

                Debtors                 Chapter 13

21500 Court St.
S. Chesterfield, VA 23803                     AP No. 15-03459

Last four digits of Social Security or Individual Tax-payer
Identification (ITIN) No(s)., (if any):  8179, 2467

*v.*

Old Towne Motors, Inc.

                Defendants

## WITHDRAWAL OF PLEADING

NOW COMES the Debtor(s), by counsel, and hereby withdraws their pleading entitled Motion for Expedited Hearing on Debtor's Motion to Shorten Time for Responses to Debtor's Notice of Debtor's Motion to Recover Property of the Bankruptcy Estate filed on 11/3/2015 as document number 4 on the following grounds:

1. The Defendant satisfied the complaint.

                                        Respectfully submitted,
                                        Demetrice Antonio Jones
                                        Cheryl Dionne Jones

                                        BY: /s/ Brian K. Stevens
                                               Counsel

Brian K. Stevens, VSB#25974
America Law Group, Inc.
2312 Boulevard
Colonial Heights, VA 23834
(804) 520-2428

Certificate of Service

      I certify that on the November 9, 2015, I mailed a true copy of the foregoing Withdrawal by either first class mail, postage prepaid, electronically or by fax William David Mueller, Registered Agent, Old Towne Motors, Inc., 544 East Washington Street, Petersburg, VA 23803.

                                       /s/ Brian K. Stevens
                                       Brian K. Stevens, Esquire