IN THE UNITED STATES BANKRUPTCY COURT
FOR THE EASTERN DISTRICT OF VIRGINIA

| | | |
|---|---|---|
| In re:  Demetrice Antonio Jones | ) | Case No. 15-35268-KLP |
| | ) | |
| Cheryl Dionne Jones, | ) | |
| | ) | |
| Debtors | ) | Chapter 13 |
| | ) | |
| _____ | ) | |
| | ) | |
| Demetrice Antonio Jones | ) | |
| and | ) | |
| Cheryl Dionne Jones,    Plaintiffs | ) | |
| | ) | |
| Vs. | ) | AP No: 15-03459 |
| | ) | |
| Ole Towne Motors, Inc., | ) | |
| Defendant | ) | |

NOTICE OF DISMISSAL

COME NOW the Debtors, Demetrice Antonio Jones and Cheryl Dionne Jones, by counsel, and DISMISS this matter pursuant to FRCP 41 (a) (1).

                                                  Respectfully submitted,
                                                  Demetrice Antonio Jones
                                                  Cheryl Dionne Jones

                                                  By: /s/ Brian K. Stevens
                                                       Counsel for Debtors

Brian K. Stevens, Esquire
VSB# 25974
America Law Group, Inc.
2312 Boulevard
Colonial Height, VA 23834
804-520-2428

SO ORDERED:

_____
Judge
Date entered:

Certificate of Service

I certify that on February 9, 2016, I mailed a true copy of the foregoing Notice of Dismissal first class mail, postage prepaid to David Mueller, Registered Agent, Old Towne Motors, Inc., 544 East Washington Street, Petersburg, VA 23803.

    /s/ Brian K. Stevens
    Brian K. Stevens, Esquire